## Anderson v. Commonwealth.

(Decided February 23, 1911.)

### Appeal from Boyd Circuit Court.

Local Option—Violation—Sufficiency of Evidence.—In an action for a violation of the local option law, in which the defendant was found guilty. Held, there being no objection to the testimony nor to the instructions and there is some evidence of guilt, the finding of the jury will not be disturbed.

ZERFOSS & WEAKLEY for appellant.

JAS BREATHITT, Attorney General, and TOM B. McGREGOR, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE NUNN—Affirming.

This prosecution was for the violation of the local option law which was in force in Ashland, Ky. There was no objection before or during the trial to the indictment, by demurrer or otherwise, nor were there any objections made to the testimony, except to the introduction of the United States Government license which were held by

appellant; nor was there any objection to the instructions given by the court. Under this state of the record, it is unnecessary for the court to consider and discuss the matters raised in appellant's brief. There was some evidence of guilt and we will not disturb the finding of the jury.

For these reasons the judgment of the lower court is affirmed.